NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARSUS, LLC,**
*Appellant*

**v.**

**UNIFIED PATENTS, LLC,**
*Appellee*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2021-1648

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00948.

---

**JUDGMENT**

---

PATRICK BRIGHT, Wagner, Anderson & Bright, PC, Los Angeles, CA, argued for appellant.

DAVID C. SEASTRUNK, Unified Patents, LLC, Washington, DC, argued for appellee. Also represented by ROSHAN MANSINGHANI, Chevy Chase, MD.

MICHAEL S. FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED; MAUREEN DONOVAN QUELER.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 16, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court